UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHNNIE LEE WALTERS,

Defendant.

CASE NO. CR04-87-JCC

SUMMARY REPORT OF U.S.
MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 28, 2007. The United States was represented by Matthew Diggs. The defendant was represented by Carol Koller.

## CONVICTION AND SENTENCE

Defendant had been convicted of Causing Production of False Identification Documents on or about April 30, 2004. The Honorable John C. Coughenour of this court sentenced Defendant to 27 months of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

<u>DEFENDANT'S ADMISSION</u>

U.S. Probation Officer Michael Larson alleged that Defendant violated the conditions of supervised release in the following respects:

(1)     Committing the crime of Extortion-First Degree (Threat to Injure Person) on or about September 17, 2007, in violation of Section 9A.56.120 of the Revised Code of Washington, and the general condition requiring he not commit another federal, state, or local crime.

(2)     Committing the crime of Unlawful Imprisonment (Kidnap-Adult) on or about September 17, 2007, in violation of Section 9A.40.040 of the Revised Code of Washington, and the general condition requiring he not commit another federal, state, or local crime.

(3)     Committing the crime of Assault-Fourth Degree on or about September 17, 2007, in violation of Section 9A.36.041 of the Revised Code of Washington, and the general condition requiring he not commit another federal, state, or local crime.

(4)     Failing to notify the probation officer at least ten days prior to any change in employment, in violation of standard condition number six.

(5)     Failing to maintain a single checking account and deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for all payment of personal expenses, in violation of his specials conditions of supervised release.

I advised the defendant of these charges and of his constitutional rights.  Defendant admitted to violations 1-3, agreeing that the government can meet the burden of proof by a preponderance of evidence as to these three violations.  He also admits to violations 4 and 5.  The parties agree to a period of confinement for 8 months followed by 2 years of supervised release.  This matter set for a disposition hearing.

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

1

<u>RECOMMENDED FINDINGS AND CONCLUSIONS</u>

2      Based upon the foregoing, I recommend the court find that Defendant has violated the

3  conditions of his supervised release as alleged and set the matter for a disposition hearing.

4      Defendant has been detained pending a final determination by the Court.

5      DATED this 3rd day of January, 2008.

6

7

8

                                MONICA J. BENTON

9                                United States Magistrate Judge

10

11

12

13

14

15

16

17  cc:  Sentencing Judge        :    Hon. John C. Coughenour
         Assistant U.S. Attorney  :    Matthew Diggs

18       Defense Attorney        :    Carol Koller
         U. S. Probation Officer  :    Michael Larson

19

20

21

22

23

24

25

26

27

28

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-